MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GUNTHER R. PAUL,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC;<br>ONEMAIN FINANCIAL SERVICES, INC.<br>F/K/A SPRINGLEAF FINANCIAL SERVICES;<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No.: 2:17-cv-02085-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Defendant Nationstar Mortgage LLC (**Nationstar**) and Plaintiff Gunther R. Paul (**Paul**) (collectively **parties**) stipulate and agree as follows:

The parties hereby stipulate and agree Nationstar's time to respond to Paul's complaint (ECF No. 1) filed on August 1, 2017 shall be continued from August 25, 2017 to September 25, 2017.

This is the first request for an extension of this deadline. Nationstar requests the additional time to afford it the opportunity to adequately respond to Paul's complaint.

/ / /

/ / /

/ / /

/ / /

1

The parties submit this request in good faith without the purpose of undue delay.

DATED this 22nd day of August, 2017.

| **AKERMAN LLP** | **HAINES & KRIEGER, LLC** |
|---|---|
| */s/ Rex. D. Garner*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant*<br>*Nationstar Mortgage LLC* | */s/ David H. Krieger*<br>DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br><br>*Attorneys for Plaintiff Gunther R. Paul* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

August 24, 2017
**DATED**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of August, 2017, service of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

*/s/ Rachel Myrick*
An employee of AKERMAN LLP